| | |
|---|---|
| 1 | Andrew S. Meyers, Esq.  (IN #31427-49) |
|   |    (admitted *Pro Hac Vice*) |
| 2 | Schuckit & Associates, P.C. |
|   | 4545 Northwestern Drive |
| 3 | Zionsville, IN  46077 |
|   | Telephone:  317-363-2400 |
| 4 | Fax:  317-363-2257 |
|   | E-Mail:  ameyers@schuckitlaw.com |
| 5 | |
|   | *Lead Counsel for Defendant Trans Union, LLC* |
| 6 | |
| 7 | Lauren E. Tate, Esq. (CSB #124483) |
|   | Tate & Associates |
| 8 | 1321 8th Street, Suite 4 |
|   | Berkeley, CA  94710 |
| 9 | Telephone:  510-525-5100 |
|   | Fax:  510-525-5130 |
| 10 | E-Mail:  ltate@tateandassociates-law.com |
| 11 | *Local Counsel for Defendant Trans Union, LLC* |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| TODD STEWART,              ) | CASE NO.  5:15-cv-04620-BLF |
|          Plaintiff,        ) | |
|                            ) | |
|     vs.                    ) | **JOINT NOTICE OF** |
|                            ) | **SETTLEMENT** |
| EXPERIAN INFORMATION SOLUTIONS, INC.; ) | |
| TRANSUNION, LLC; WILSHIRE CREDIT ) | |
| CORPORATION; CAPITAL ONE, NATIONAL ) | |
| ASSOCIATION; WESTLAKE FINANCIAL ) | |
| SERVICES, LLC; ENHANCED RECOVERY ) | |
| COMPANY, INC.; CO-OPERATIVE ) | |
| ADJUSTMENT BUREAU, INC.; and DOES 1 ) | |
| through 100, inclusive;    ) | |
|          Defendants.       ) | |

Plaintiff, Todd Stewart, by counsel, and Defendant, Trans Union, LLC ("Trans Union"), by counsel, hereby inform this Court that Plaintiff and Trans Union have reached a settlement as to all matters raised by Plaintiff against Trans Union only in this action.  Plaintiff will file a stipulation of dismissal, dismissing his claims against Trans Union with Prejudice once the settlement is consummated.

**JOINT NOTICE OF SETTLEMENT – 5:15-CV-04620-BLF**

Respectfully submitted,

Date:  December 14, 2015.    s/ Elliot W. Gale (w/consent)
Elliot W. Gale, Esq.
Sagaria Law, P.C.
2033 Gateway Place, 5th Floor
San Jose, CA 95110
Telephone:  408-279-2299
Fax:  408-279-2299
E-Mail:  egale@sagarialaw.com

*Counsel for Plaintiff, Cynthia Stewart*

Date:  December 14, 2015.    s/ Andrew S. Meyers
Andrew S. Meyers, Esq.  (IN #31427-49)
  (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  ameyers@schuckitlaw.com

*Lead Counsel for Defendant, Trans Union, LLC*

Lauren E. Tate, Esq. (CSB #124483)
Tate & Associates
1321 8th Street, Suite 4
Berkeley, CA  94710
Telephone:  510-525-5100
Fax:  510-525-5130
E-Mail:  ltate@tateandassociates-law.com

*Local Counsel for Defendant, Trans Union, LLC*

*Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the Signatories.*

**JOINT NOTICE OF SETTLEMENT – 5:15-CV-04620-BLF**