```
Alyssa M. Staudinger (State Bar No. 300845)
astaudinger@jonesday.com
JONES DAY
3161 Michelson Drive
Suite 800
Irvine, CA  92612.4408
Telephone:    +1.949.851.3939
Facsimile:    +1.949.553.7539

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TODD STEWART,<br><br>            Plaintiff,<br><br>       v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC. et al.,<br><br>            Defendants. | Case No.  5:15-cv-04620-BLF<br><br>Assigned to: Judge Beth Labson Freeman<br><br>**NOTICE OF SETTLEMENT BETWEEN PLAINTIFF AND EXPERIAN INFORMATION SOLUTIONS, INC.** |

**PLEASE TAKE NOTICE THAT** Plaintiff Todd Stewart and Defendant Experian Information Solutions, Inc. ("Experian") have reached an agreement on all material terms required to settle all of Plaintiff's claims against Experian pending in this action.

The parties anticipate that the performance of the terms of the settlement agreement will be completed within ninety (90) days of the date of this notice, at which time the parties shall file a Stipulation for Dismissal of the claims asserted against Experian.

///

///

///

///

///

Dated:  March 8, 2016              Respectfully submitted,


By: */s/ Alyssa M. Staudinger*
   Alyssa M. Staudinger
   JONES DAY
   3161 Michelson Drive, Suite 800
   Irvine, CA 92612
   Tel:  (949)851-3939
   Fax:  (949)553-7539
   astaudinger@jonesday.com

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

Dated:  March 8, 2016              Respectfully submitted,


By: */s/ Elliot Gale*
   Elliot Gale
   SAGARIA LAW, P.C.
   2033 Gateway Place, 5th Floor
   San Jose, CA 95110
   Tel:  (408) 279-2288
   Fax:  (408)279-2299
   egale@sagarialaw.com

Attorneys for Plaintiff
TODD STEWART

- 2 -

NOTICE OF SETTLEMENT BETWEEN
PLAINTIFF AND EXPERIAN
Case No. 5:15-cv-04620-BLF