1  SCOTT J. SAGARIA (SBN 217981)
   ELLIOT W. GALE (SBN 263326)
2  JOE ANGELO (SBN 268542)
   **SAGARIA LAW, P.C.**
3  2033 Gateway Place, 6th Floor
   San Jose, CA 95110
4  408-279-2288 ph: 408-279-2299 fax

5  Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| TODD STEWART, | Case No.: 5:15-CV-04620-BLF |
| Plaintiff, | STIPULATION TO DISMISS DEFENDANT ENHANCED RECOVERY COMPANY, LLC; PROPOSED ORDER |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC.; et. al., | |
| Defendants. | |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

   IT IS HEREBY STIPULATED by and between plaintiff Todd Stewart and defendant Enhanced Recovery Company, LLC ("ERC"), that ERC be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

STIPULATION TO DISMISS DEFENDANT ENHANCED RECOVERY COMPANY, LLC; PROPOSED ORDER - 1

DATED:  April 8, 2016                Sagaria Law, P.C.

By: _____*/s/ Elliot W. Gale*_____
         Elliot W. Gale
Attorneys for Plaintiff
Todd Stewart

DATED:  April 8, 2016                Simmonds & Narita, LLP

By: _____*/s/  R. Travis Campbell*_____
         R. Travis Campbell
Attorneys for Defendant
Enhanced Recovery Company, LLC

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that R. Travis Campbell has concurred in this filing.

*/s/ Elliot Gale*

### [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Defendant ERC is dismissed with prejudice.

IT IS SO ORDERED.

DATED:_____              _____
                                       Beth L. Freeman
                                       UNITED STATES DISTRICT JUDGE

STIPULATION TO DISMISS DEFENDANT ENHANCED RECOVERY COMPANY, LLC; PROPOSED ORDER - 2