1  SCOTT J. SAGARIA (SBN 217981)
   ELLIOT W. GALE (SBN 263326)
2  JOE ANGELO (SBN 268542)
   **SAGARIA LAW, P.C**.
3  2033 Gateway Place, 6th Floor
   San Jose, CA 95110
4  408-279-2288 ph: 408-279-2299 fax

5  Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| TODD STEWART, | Case No.: 5:15-CV-04620-BLF |
|---|---|
| Plaintiff, | STIPULATION TO DISMISS DEFENDANT ENHANCED RECOVERY COMPANY, LLC; ~~PROPOSED~~ ORDER |
| v. | |
| EXPERIAN INFORMATION SOLUTIONS, INC.; et. al., | |
| Defendants. | |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

　　IT IS HEREBY STIPULATED by and between plaintiff Todd Stewart and defendant Enhanced Recovery Company, LLC ("ERC"), that ERC be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, section 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

STIPULATION TO DISMISS DEFENDANT ENHANCED RECOVERY COMPANY, LLC; PROPOSED ORDER - 1

1
2  DATED:  April 8, 2016            Sagaria Law, P.C.
3                                   By:  _____/s/ Elliot W. Gale_____
4                                              Elliot W. Gale
                                    Attorneys for Plaintiff
5                                   Todd Stewart
6
7  DATED:  April 8, 2016            Simmonds & Narita, LLP
8
9                                   By:  _____/s/ R. Travis Campbell_____
10                                            R. Travis Campbell
                                    Attorneys for Defendant
11                                  Enhanced Recovery Company, LLC
12
13
14
15 I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that R. Travis Campbell has concurred in this filing.
16
   */s/ Elliot Gale*
17
18
19                              **[PROPOSED] ORDER**
20
      Pursuant to the stipulation of the Parties, Defendant ERC is dismissed with prejudice.
21
      IT IS SO ORDERED.
22
23
24 DATED: _____            _____/s/ Beth Labson Freeman_____
25                                         Beth L. Freeman
26                                    UNITED STATES DISTRICT JUDGE
27
28