# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| TODD STEWART,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WILSHIRE CREDIT CORPORATION, et al.,<br><br>　　　　Defendants. | Case No.  15-cv-04620-BLF<br><br>**ORDER SETTING DEADLINE FOR PLAINTIFF TO FILE REQUEST FOR CLERK'S ENTRY OF DEFAULT** |

The docket reflects that Plaintiff effected service of process on Defendant Wilshire Credit Corporation on February 4, 2016, *see* POS, ECF 37, and that Defendant Wilshire Credit Corporation has not filed a responsive pleading.  Plaintiff SHALL FILE a request for a Clerk's entry of default against Defendant Wilshire Credit Corporation on or before July 28, 2016.  If Plaintiff does not file a request for a Clerk's entry of default within the time provided, the Court will presume that Plaintiff does not intend to proceed against Wilshire Credit Corporation and will dismiss the action against Wilshire Credit Corporation for failure to prosecute.

**IT IS SO ORDERED.**

Dated:  July 7, 2016

_____
BETH LABSON FREEMAN
United States District Judge