1  Scott Sagaria (State Bar No.217981)
   Elliot Gale (State Bar No. 263326)
2  Joe Angelo (State Bar No. 268542)
   SAGARIA LAW, P.C.
3  2033 Gateway Place, 5th Floor
   San Jose, California 95110
4  Telephone: (408) 279-2288
   Facsimile: (408) 279-2299
5
   Attorneys for Plaintiff
6

7

8
                    UNITED STATES DISTRICT COURT
9
         NORTHERN DISTRICT OF CALIFORNIA — SAN JOSE DIVISION
10

11

12 TODD STEWART,                          Federal Case No.: 5:15-CV-04620-BLF

13         Plaintiff,

14      vs.                               **PLAINTIFF'S NOTICE OF VOLUNTARY
                                          DISMISSAL OF DEFENDANT
15 EXPERIAN INFORMATION SOLUTIONS,        WILSHIRE CREDIT CORPORATION
   INC.; et. al.,                         COMPANY PURSUANT TO FEDERAL
16                                        RULE OF CIVIL PROCEDURE 41(A)(1)**
           Defendants.
17

18

19 **PLEASE TAKE NOTICE** that Plaintiff Todd Stewart, pursuant to Federal Rule of Civil

20 Procedure 41(a)(1), hereby voluntarily dismisses Defendant Wilshire Credit Corporation as to all

21 claims in this action.

22      Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

23      41(a) Voluntary Dismissal

24      (1) By the Plaintiff

25          (a) Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any

26              applicable federal statute, the plaintiff may dismiss an action without a court

27              order by filing:

28                  (1) a notice of dismissal before the opposing party serves either an answer

1 | or a motion for summary judgment.

2 | Defendant Wilshire Credit Corporation has neither answered Plaintiff's Complaint, nor
3 | filed a motion for summary judgment.  Accordingly, the matter may be dismissed against it for all
4 | purposes and without an Order of the Court.

5 |

6 | Dated: July 28, 2016                                     Sagaria Law, P.C.

7 |
8 |                                                                    By:    */s/ Elliot W. Gale*
                                                                              Elliot W. Gale
9 |                                                          Attorneys for Plaintiff
                                                             Todd Stewart